UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>Daniel RIVERA Anaya,<br><br>               Defendant. | Case No.: **24mj4651**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 11, 2024, within the Southern District of California, Daniel RIVERA Anaya, did knowingly and intentionally, and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit Department of Homeland Security, Customs and Border Protection Officer Carlos Rivero, in that the defendant struck Officer Rivero with his closed fist, while Officer Rivero was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                                              Special Agent Carly A. Herbert<br>
                                                                              Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of December 2024.

                                                                       Hon. Jill L. Burkhardt<br>
                                                                       United States Magistrate Judge

## **STATEMENT OF FACTS**

This Complaint and Probable Case Statement is based on the reports, interviews of witnesses, and a viewing of Customs and Border Protection ("CBP") security video footage by Homeland Security Investigations (HSI) Special Agent Brian Holerud.

On December 11, 2024, at approximately 7:44 AM, Daniel RIVERA Anaya, ("RIVERA"), an undocumented alien and citizen of Mexico, attempted to enter the United States from Mexico as a pedestrian through the San Ysidro Port of Entry, pedestrian primary lanes.

CBP Officer ("CBPO") Carlos Rivero encountered RIVERA at the turnstile entry into pre-primary at the San Ysidro Port of Entry. CBPO Rivero asked RIVERA twice for identification documents. RIVERA responded, "I'm not showing you shit." RIVERA then attempted to force his entry through the turnstile entry into the United States by pushing past CBPO Rivero. CBPO Rivero immediately requested assistance via his radio.

Additional officers arrived and attempted to keep RIVERA from entering the United States by grabbing him and pushing him back across the international boundary (into Mexico).

RIVERA then threw his backpack towards CBPO Rivero and swung a closed fist punch towards CBPO Rivero's head. CBPO Rivero was able to block the punch. RIVERA was then taken to the ground by the officers and RIVERA placed his hands under his chest making it difficult for officers to place handcuffs on RIVERA. Soon after, RIVERA complied, and officers handcuffed RIVERA and escorted RIVERA to secondary.

During a post-Miranda interview, RIVERA denied striking Officer Rivero with a closed fist. RIVERA stated that his intention was to apply for asylum and did not want to wait for an appointment.

RIVERA was placed under arrest at approximately 7:51 AM.

RIVERA was arrested and charged with a violation of Title 18, United States Code 111, Assault on a Federal Officer of Employee.